| AO 10 Rev. 1/2013 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2012** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) <br><br> Goodman, Jonathan | 2. Court or Organization <br><br> District Court -- Southern District of Florida | 3. Date of Report <br><br> 05/07/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) <br><br> Full-time United States Magistrate Judge | 5a. Report Type (check appropriate type) <br> ☐ Nomination ☐ Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 6. Reporting Period <br><br> 01/01/2012 <br> to <br> 12/31/2012 |

**7. Chambers or Office Address**

Atkins Federal Courthouse
4th Floor
301 N. Miami Avenue
Miami, FL 33128

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1994 | Akerman Senterfitt 401(k) (former law firm, I have no control other than selecting mutual funds offered by the firm) (funds listed in Part VII, lines 15-27). |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodman, Jonathan | 05/07/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2012 | salary |
| 2. 2012 | salary |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodman, Jonathan | 05/07/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America | credit card | J |
| 2. | American Express | credit card | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodman, Jonathan | 05/07/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America (savings, CDs) | A | Interest | M | T | | | | | |
| 2. Wells Fargo (f/k/a Wachovia Bank) | A | Interest | J | T | | | | | |
| 3. Rental ▓▓▓ (Lauderhill, FL) | A | Rent | L | W | | | | | |
| 4. Great Florida Bank | A | Interest | | | Closed | 6/29/12 | L | | opened new CD Bank United |
| 5. Janus, Contrarian Fund D Shares | A | Dividend | K | T | | | | | |
| 6. Janus, Growth & Income Fund | A | Dividend | J | T | | | | | |
| 7. Janus, Perkins Mid Cap Value Fund D | A | Dividend | J | T | | | | | |
| 8. Janus, Intech Core Fund D | A | Dividend | J | T | | | | | |
| 9. Janus, Itech U.S. Core Fund D | A | Dividend | J | T | | | | | |
| 10. Vanguard, Growth Index Fund Inv. | A | Dividend | J | T | | | | | |
| 11. Vanguard, U.S. Growth Fund Investor | A | Dividend | J | T | | | | | |
| 12. Vanguard, Windsor II Fund Inv. | A | Dividend | K | T | | | | | |
| 13. American Century Small Cap Growth Inv. (401k) | | None | | | Closed | 3/31/12 | J | | replaced by Janus Vent T |
| 14. Artisan Mid Cap Value Fund (401k) | | None | L | T | | | | | |
| 15. T. Rowe Price Mid Cap Growth (401k) | | None | K | T | | | | | |
| 16. Aston/Montag & Caldwell Growth Fund 1 (401k) | | None | M | T | | | | | |
| 17. RidgeWorth Large Cap Value Equity 1 (401k) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodman, Jonathan | 05/07/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard 500 Index Signal (401k) | | None | K | T | | | | | |
| 19. Suntrust-Akerman Aggresive Option (401k) | | None | K | T | | | | | |
| 20. Suntrust-Akerman Conserv. Option (401k) | | None | M | T | | | | | |
| 21. Suntrust-Akerman Mod. Option (401k) | | None | M | T | | | | | |
| 22. Janus Venture Fund T | | None | J | T | Open | 3/31/12 | J | | replacing Am Cent. SCGI |
| 23. Pimco Real Return Bond Fund, Instl (401k) | | None | K | T | | | | | |
| 24. Federated Capital Preservation Fund I (401k) | | None | L | T | Open | 08/17/12 | L | | replacing suntrust RSA |
| 25. Federated Government Obligations SS (401k)(cash equivalents) | | None | K | T | | | | | |
| 26. SunTrust Retirement Stable Asset Class C (401k) | | None | | | Closed | 08/17/12 | L | | replaced with fed cap pres |
| 27. T. Rowe Price, Health Sciences (IRA) | | None | J | T | | | | | |
| 28. T. Rowe Price New Am. Growth (IRA) | | None | L | T | | | | | |
| 29. T. Rowe Price New Horizons (IRA) | | None | M | T | | | | | |
| 30. T. Rowe Price Science & Techn. (IRA) | | None | K | T | | | | | |
| 31. Neuberger/Berman Partn. Fund Inv. Class (IRA) | | None | | | Closed | 6/30/12 | K | | rplcd by largecap val inv |
| 32. Neuberger/Berman Large Cap Value Investor (IRA) | | None | K | T | Open | 6/30/12 | K | | replacing partners fund |
| 33. Equivest Com Stock Index (IRA) | | None | J | T | | | | | |
| 34. Equivest Equity 500 Index | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodman, Jonathan | 05/07/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Equivest Multimanager Aggr. Equity (IRA) | | None | J | T | | | | | |
| 36. EQ/International Equity Index | | None | J | T | | | | | |
| 37. Alliance Bernstein Global (IRA) | | None | J | T | | | | | |
| 38. Blackrock Basic (IRA) | A | Int./Div. | J | T | | | | | |
| 39. Blackrock Pacific Fund (IRA) | A | Int./Div. | J | T | | | | | |
| 40. Blackrock S & P 500 (IRA) | A | Int./Div. | J | T | | | | | |
| 41. Goldman Sachs Structured (IRA) | A | Int./Div. | J | T | | | | | |
| 42. Merrill Research Bond CL B (IRA) | A | Int./Div. | J | T | | | | | |
| 43. Seligman Commun. & Info FD CL C (IRA) | | None | J | T | | | | | |
| 44. Columbia (Threadneedle Emerging Markets Fund CL C (IRA) | | None | J | T | | | | | |
| 45. Neuberger/Berman Partners Fund Inv. Class (IRA) | | None | | | Closed | 6/30/12 | K | | replcd by largecap val inv |
| 46. Neuberger/Berman Large Cap Value Investor (IRA) | | None | K | T | Open | 6/30/12 | K | | replacing partners fund |
| 47. Vanguard Windsor II (IRA) | | None | K | T | | | | | |
| 48. Vanguard 500 Index Fund Inv. (IRA) | | None | J | T | | | | | |
| 49. Vanguard Windsor II Fund Inv. (IRA) | | None | K | T | | | | | |
| 50. Northwestern Mutual Whole Life Policy (cash value) | | None | K | U | | | | | |
| 51. Mass. Mutual Whole Life Policy (cash value) | | None | K | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodman, Jonathan | 05/07/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Bank United | A | Interest | | | Closed | 11/04/12 | L | | rolled into Beal Bank CD |
| 53. Federated Government Obligations SS (401 K) | | None | K | T | | | | | |
| 54. RidgeWorth Small Cap Value Equity I (401 K) | | None | K | T | | | | | |
| 55. Pimco Total Return - Inst. (401 K) | | None | K | T | | | | | |
| 56. Lazard Emerging Markets Instl (401 K) | | None | M | T | | | | | |
| 57. Bank United (rollover inherited annuity) | A | Distribution | K | T | Open | 6/30/12 | L | | |
| 58. Beal Bank USA | A | Interest | K | T | Open | 11/7/12 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodman, Jonathan | 05/07/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The dates I entered for the transactions in lines 13 and 22 are educated guesses. The statements reflect that the changes occurred in the first quarter of 2012, but they do not pinpoint the specific date. Therefore, I selected a date at random, to reflect that the transactions happened in the first quarter.

Likewise, the dates I entered for the transactions in lines 31-32 and 45 -46 are also educated guesses. The statemetns reflect that the changes occurred in the second quarter of 2012, but they do not pinpoint the specific date. Therefore, I selected a date at random, to reflect that the transactions happened in the second quarter.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jonathan Goodman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544